UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
NESS-LEE VACHNINE, on behalf of himself and all others similarly situated,

                    Plaintiff,

    -against-

COUNTRY FLOORS OF AMERICA, LLC a/k/a CFA, LLC,

                    Defendant.
---------------------------------------------------------X

Case No. 23-cv-01329-JLR

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the above-entitled action is hereby discontinued with prejudice against Country Floors of America, LLC, as to all claims, causes of action, and parties, with each party bearing their own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41.

Dated: August 8, 2023

| STEIN SAKS, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: *Gabriel Levy* | By: *[signature]* |
| Gabriel A. Levy, P.C. | Peter T. Shapiro, Esq. |
| 1129 Northern Blvd, Ste 404 | 77 Water Street, Suite 2100 |
| Manhasset, NY 11030 | New York, New York 10005 |
| (347) 941-4715 | (212) 232-1300 |
| Glevy@glpcfirm.com | peter.shapiro@lewisbrisbois.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED:

*Jennifer Rochon*
U.S. District Judge Jennifer L. Rochon
Dated: August 11, 2023
       New York, New York

127634135.1